JORDAN K LAUB, ESQ.
Nevada Bar No. 15767
LAW OFFICES OF JORDAN K. LAUB, PLLC
31 HWY 50 STE 202
PO BOX 1801
Minden, Nevada 89423
Telephone: (775) 291-7100
E-Mail: LAUB@LML.law

*Attorney for Plaintiff Ernest Moody*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

ERNEST W. MOODY, as Trustee of the ERNEST W. MOODY REVOCABLE TRUST DATED JANUARY 2009,

Plaintiff,

v.

TAHOE REGIONAL PALNNING AGENCY, a bi-state regional planning agency created by interstate compact, and DOES, 1-X, inclusive,

Defendants,

CASE NO.: 3:26-cv-00387

**ORDER GRANTING PLAINTIFF'S**

**MOTION TO EXTEND TIME**

**<u>TO EFFECT SERVICE</u>**

**(FIRST REQUEST)**

Plaintiff Ernest W. Moody, as Trustee of the Ernest W. Moody Revocable Trust dated January 2009 ("Plaintiff"), respectfully moves for a seven-day extension of the time to effect service on Defendant Tahoe Regional Planning Agency ("TRPA"). This is Plaintiff's first request to extend the service deadline.

## MEMORANDUM OF POINTS AND AUTHORITIES

The request is narrow. Plaintiff retained a process server and arranged for service before the present deadline. On August 20, 2026, at approximately 3:08 p.m. PDT, the process server appeared at TRPA's office at 128 Market Street, Stateline, Nevada. The office was open, but the process server

was told that authorized agents to accept the summons and complaint were not in the office and that the server could return the following day. The process server's unsuccessful-attempt notification is attached as Exhibit A. Plaintiff therefore requests seven additional days to complete service.

## I. APPLICABLE RULES

Federal Rule of Civil Procedure 4(m) requires service within 90 days after the complaint is filed. If service is not completed within that period, the Court must either dismiss the action without prejudice or order that service be made within a specified time; if the plaintiff shows good cause, the Court must extend the time for service for an appropriate period. Fed. R. Civ. P. 4(m).

Federal Rule of Civil Procedure 6(b)(1)(A) further permits the Court, for good cause, to extend a deadline when a request is made before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). District of Nevada Local Rule IA 6-1(a) requires a motion to extend time to state the reasons for the requested extension, identify all prior extensions of the subject deadline, and state immediately below the title whether the request is the first, second, third, or later request. D. Nev. LR IA 6-1(a). Local Rule 7-2(a) requires a written motion to be supported by a memorandum of points and authorities in the same document. D. Nev. LR 7-2(a).

## II. LEGAL STANDARD

Rule 4(m) provides that if a plaintiff shows good cause for failing to serve within 90 days, "the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m). Even absent good cause, courts retain broad discretion to extend the period for service. See, e.g., Lemoge v. U.S.,537 F.3d 1188, 1198 (9th Cir. 2009)

## III. GOOD CAUSE EXISTS FOR A SEVEN-DAY EXTENSION

Good cause exists for the requested seven-day extension. Plaintiff arranged for service through a professional process server. Although the process server was contacted during the week before the deadline and such assignments are ordinarily handled promptly, the documented attempt did not occur

until August 20, 2026. When the server appeared at TRPA's office, the office was open, but the server was advised that no authorized agent was available to accept the summons and complaint. Exhibit A reflects an unsuccessful attempt at 3:08 p.m. PDT and states that the server was invited to check again the next day.

Plaintiff seeks only seven additional days, intends to use that period solely to accomplish service, and has not previously requested an extension of this deadline. The requested relief will permit adjudication on the merits while causing no material prejudice from a brief extension at this early stage of the case.

## IV. CONCLUSION

Plaintiff respectfully requests that the Court extend the time to effect service on TRPA by seven (7) days, through August 27, 2026, and grant such other relief as the Court deems appropriate.

DATED this 20th day of August 2026.

/s/ Jordan K. Laub, Esq.
**LAW OFFICES OF JORDAN K. LAUB, PLLC**
JORDAN K. LAUB, ESQ.
Nevada Bar No. 15767
Attorney for Plaintiff Ernest W. Moody

**IT IS SO ORDERED.**

**DATED:** August 21, 2026

UNITED STATES MAGISTRATE JUDGE