**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

TRUSTEE ERNEST W. MOODY,

Plaintiff,

v.

TAHOE REGIONAL PLANNING AGENCY,

Defendant.

Case No. 3:26-CV-00387-ART-CLB

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

[ECF No. 12]

Currently pending before the Court is Paul Matteoni, Lucy Crow, and Jackson Crawford of Womble Bond Dickinson (US) LLP's (collectively referred to as "Womble Counsel") motion to withdraw as counsel for Plaintiff Ernest Moody ("Moody"). (ECF No. 12.) The motion explains that Moody informed Womble Counsel that Jordan Laub ("Laub") of the Law Offices of Jordan K. Laub PLLC would be substituting as counsel to represent Plaintiff in this action. (*Id.* at 2.) Womble Counsel also explain that they have fully executed a substitution of counsel with Laub and have sent to Laub all of Moody's files in this case. (*Id.*) However, the substitution of counsel has not been filed by Laub, and therefore Womble Counsel filed the instant motion to withdraw. (*Id.*) Laub has also appeared in this case by filing a motion to extend time and executed summonses. (ECF Nos. 6, 8, 9.)

Per the Court's Local Rules, "[i]f an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." LR IA 11-6(b). However, based on Womble Counsel's representations above that Moody informed Womble Counsel of the hiring of Laub, Laub's appearance in this case, and the transferring of Moody's files to Laub, the Court will waive the requirements in LR IA 11-6.

///

///

Accordingly, Womble Counsel's motion to withdraw, (ECF No. 12), is **GRANTED**.

**IT IS SO ORDERED**.

**DATED**: October 9, 2026.

**UNITED STATES MAGISTRATE JUDGE**