UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERNEST W. MOODY, as Trustee of the ERNEST W. MOODY REVOCABLE TRUST DATED JANUARY 2009,<br><br>Plaintiff,<br><br>vs.<br><br>TAHOE REGIONAL PLANNING AGENCY, and DOES, 1-X, inclusive.<br><br>Defendant. | Case No.: 3:26-cv-00387-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND DEADLINE TO SUBMIT PROPOSED SCHEDULING MATERIALS**<br>(FIRST REQUEST) |

Pursuant to Federal Rule of Civil Procedure 6(b), LR IA 6-1, LR 7-1, and LR 16-1(c), Plaintiff Ernest W. Moody, as Trustee of the Ernest W. Moody Revocable Trust Dated January 2009 ("Plaintiff"), and Defendant Tahoe Regional Planning Agency ("TRPA") (collectively, "the Parties"), through their respective counsel, stipulate and agree as follows:

1. TRPA filed its Answer to Plaintiff's Complaint on September 15, 2026 (Dkt. 10). The Court's docket currently reflects an October 30, 2026 deadline for submission of a stipulated

discovery plan and scheduling order. The Court has not yet entered a scheduling or briefing order in this action.

2. On October 9, 2026, the Court granted the motion of Womble Bond Dickinson (US) LLP to withdraw as counsel for Plaintiff (Dkt. 13). Jordan K. Laub of the Law Offices of Jordan K. Laub PLLC remains as Plaintiff's sole counsel of record.

3. On October 13, 2026, counsel for the Parties met and conferred by telephone regarding the appropriate schedule and procedure for this action. During that conference, Plaintiff's counsel requested additional time to review the pleadings, case file, underlying administrative proceedings, and procedural posture before the Parties develop and submit a proposed schedule. The Parties also discussed whether some or all of the issues in this action may be resolved or narrowed without further litigation. TRPA does not oppose Plaintiff's request for additional time and has agreed to the extension requested below.

4. TRPA's position is that this action challenges an adjudicatory decision of TRPA's Governing Board and constitutes an action for review on an administrative record governed by LR 16-1(c)(1). The Parties have not yet reached agreement regarding the appropriate scope and sequencing of proceedings in this action. The requested extension will allow the Parties to confer further regarding a proposed briefing schedule and other appropriate matters under LR 16-1(c). Nothing in this stipulation waives or alters any Party's claims, defenses, objections, or positions concerning the appropriate scope, sequencing, or procedure for this action.

5. Good cause exists for the requested extension. Additional time will allow Plaintiff's sole counsel to complete his review of the case and will permit the Parties to continue conferring regarding both the potential resolution or narrowing of issues and the appropriate schedule for this action. The Parties believe that allowing those discussions to occur before

submitting a schedule will promote efficient case management, avoid potentially unnecessary or duplicative proceedings, and allow the Parties to present the Court with a more considered proposal regarding the orderly resolution of this action.

6. This is the first request for an extension of this deadline. The request is made before the existing deadline expires and in good faith, and not for the purpose of unnecessary delay.

NOW THEREFORE, the Parties stipulate and agree that the deadline to submit proposed scheduling materials shall be extended to December 18, 2026. If the Court enters an order establishing a different deadline or directing the Parties to submit particular scheduling materials before that date, the Parties will comply with the Court's order.

DATED: October 27, 2026

TAHOE REGIONAL PLANNING AGENCY

/s/ Graham St. Michel
Graham St. Michel (#16989)
John V. Mensik (#16933)
P.O. Box 5310
Stateline, NV 89449-5310
(775) 588-4547
gstmichel@trpa.gov
jmensik@trpa.gov

*Attorneys for Defendant Tahoe Regional Planning Agency*

DATED: October 27, 2026

LAW OFFICES OF JORDAN K. LAUB PLLC

/s/ Jordan K. Laub
Jordan K. Laub (#15767)
P.O. Box 1801
1640 U.S. Highway 395 N.
Minden, NV 89423
(775) 291-7100
Laub@lml.law

*Attorney for Plaintiff Ernest W. Moody, as Trustee of the Ernest W. Moody Revocable Trust Dated January 2009*

IT IS SO ORDERED.

THE HONORABLE CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE

DATED: October 27, 2026